**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAKSIM SHMAKAU,<br>Petitioner,<br>v.<br>JAMES JANECKA, *et al*.,<br>Respondents. | Case No. 5:26-cv-04573-DMK<br><br>**ORDER GRANTING UNOPPOSED HABEAS PETITION** |

Petitioner Maksim Shmakau is a native and citizen of Belarus who has resided in the United States since March 2023, when he was paroled and released into the United States by U.S. Customs and Border Protection. ECF 1 at ¶ 12. Since his release on parole, Petitioner has applied for asylum and complied with the conditions of his release. *Id.* at ¶ 13. Petitioner also established his residence in California and has supported himself by working in the transportation industry. *Id.* at ¶¶ 13, 15. Petitioner has no criminal history. *Id.* at ¶ 17.

Nevertheless, Petitioner was recently detained by Immigration and Customs Enforcement ("ICE") without notice or a hearing.[1] *Id.* at ¶ 2. He was then

[1] The Petition fails to allege the date on which Petitioner was detained, but notes that Petitioner "had lived openly in the community for more than three years"

transported to the Desert View Annex in Adelanto, California, where he remains. *Id.* at ¶¶ 17, 23.

Petitioner now brings the instant habeas petition, alleging that his statutory and constitutional rights have been violated, based on his unlawful detention.

Respondents have failed to oppose the Petition or to appear in this matter at all, despite notice and a briefing deadline that passed over a month ago.

Accordingly, the Court GRANTS the Petition.

Because the Court grants the Petition, Petitioner's *Ex Parte* Application for Temporary Restraining Order (ECF 8) is DENIED as moot.

IT IS HEREBY ORDERED that:

1) Respondents shall **RELEASE Petitioner Maksim Shmakau (A# 241-013-878) FORTHWITH** on conditions of release no more restrictive than those in effect when he was most recently detained.

2) Respondents shall return to Petitioner at the time of his release all confiscated documents and possessions; and

3) Respondents shall file a notice of compliance within 72 hours.

Dated: September 28, 2026

HON. DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE

---

after being paroled into the country on or about March 5, 2023. ECF 1 at ¶¶ 12, 18.